UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RONALD MATRISCIANO,               )
                                  )
          Plaintiff,              )
                                  )
     v.                           )
                                  )
LISA MADIGAN (personally and in   )        FILED: APRIL 28, 2008
her official capacity as Illinois )    No. 08CV2419          TG
Attorney General); MARK ROSS      )        JUDGE LINDBERG
(personally and in his capacity as an )    MAGISTRATE JUDGE NOLAN
Illinois State Police Officer); JOSEPH )
PONSETTO (personally and in his   )
official capacity as an Assistant Illinois )
Attorney General); EDWARD C.      )
CARTER, III (personally and in his )
official capacity as an Assistant )        Formerly case No. 2008 L 3110
Attorney General); JORGE L.       )
MONTES (personally and in his     )        Circuit Court of Cook County
official capacity as a Member of the )
Illinois Prisoner Review Board);  )
NORMAN M. SULA (personally and    )
in his official capacity as a Member of )
the Illinois Prisoner Review Board; )
KENNETH D. TUPY (personally and   )
in his official capacity as an employee )
of the Illinois Prisoner Review Board); )
ILLINOIS DEPARTMENT OF            )
CORRECTIONS, SERGIO MOLINA        )
(personally and in his official capacity )
as Chief of Media Relations of the )
Illinois Department of Corrections); )
DONALD SNYDER (personally and     )
in his official capacity as Director of )
the Illinois Department of        )
Corrections); ROGER E. WALKER     )
(personally and in his official capacity )
as Director of the Illinois Department )
of Corrections); and other Unnamed )
and/or Unknown Officers, Officials )
and Employees of the State of Illinois, )
                                  )
          Defendants.             )

1

**NOTICE OF REMOVAL**

NOW COMES Illinois Attorney General LISA MADIGAN, in her personal

and official capacities as Attorney General of the State of Illinois, JOSEPH

PONSETTO, personally and in his official capacity as an Assistant Illinois Attorney

General, EDWARD C. CARTER, III personally and in his official capacity as an

Assistant Attorney General ("the Removing Parties")[1], by their attorney, LISA

MADIGAN, Attorney General of the State of Illinois, and respectfully submit this

notice of removal of the above-captioned suit pending in the Circuit Court of Cook

County, Illinois, to the United States District Court, Northern District of Illinois,

pursuant to 28 U.S.C. §1441(b) and (c) and §1446, and in support states the

following:

1.      On March 19, 2008, the Removing Parties were named as Defendants in a

civil action in the Circuit Court of Cook County, case number 2008 L 3110, entitled

*Ronald Matrisciano v. Lisa Madigan*, et al.

2.      On April 1, 2008, a summons and complaint were served upon Defendants

Lisa Madigan, Joseph Ponsetto, and Edward Carter III at their place of business, 100 W.

Randolph St, 12th Floor, Chicago, Illinois in the County of Cook, State of Illinois.  This

Notice is filed within 30 days after such service.

---

[1] Defendants who have been served and filed Appearances in the State case (*i.e.*, Lisa
Madigan, Joseph Ponsetto, and Edward Carter III) hereby consent to removal.  *See Shaw
v. Dow Brands, Inc*.  994 F.2d 364, 368 (7th Circuit 1993) (requiring consent of all
Defendants for removal, or, in the absence of uniform consent, an explanation for lack of
uniformity).  As of the date of this filing, it is not known whether the remaining
Defendants MARK ROSS, JORGE L. MONTES, NORMAN SULA, KENNETH D.
TUPY, the DEPARTMENT OF CORRECTIONS, SERGIO MOLINA, DONALD
SNYDER, and ROGER WALKER have been served with the Complaint in this case.

3.      Plaintiff brings this action pursuant to 42 U.S.C. § 1983.  The complaint alleges, *inter alia*, that the Defendants made certain false statements and engaged in conduct that resulted in the Plaintiff being unlawfully arrested, indicted, charged, and prosecuted criminally in violation of his right to equal protection of the laws in violation of the United States Constitution and Title 42, U.S.C., Section 1983, and ostensibly his rights under Illinois law.

4.      The Removing Parties are entitled to remove this action to this court, pursuant to 28 U.S.C. § 1441(b) and (c).

5.      From the face of Plaintiff's complaint this is a civil rights action which arises under the United States Constitution and involves a federal question.  Plaintiff's complaint alleges, among other things, that the Defendants violated the rights of the plaintiff as guaranteed by the United States Constitution.

6.      The Removing Parties have attached all documents filed in the Circuit Court of Cook County in the State of Illinois case number 08 L 3110 (see Exhibit A).

WHEREFORE, the Removing Parties respectfully request that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 08 L 3110, be removed therefrom to this Court

Respectfully,

April 28, 2008

 /s/ Ronald A. Rascia

LISA MADIGAN                          RONALD A. RASCIA
Attorney General of Illinois              KATHLEEN FORD
                                                    ALLEN ABINOJA
                                                    MARK W. BINA
                                                    Assistant Attorneys General
                                                    100 West Randolph Street
                                                    Chicago, Illinois 60601
                                                    (312) 814-3000

# PLAINTIFF'S COMPLAINT

# EXHIBIT #1

STATE OF ILLINOIS    )
                     )SS                             Attorney No. 55633
COUNTY OF COOK    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

RONALD MATRISCIANO,       )
                              )
        Plaintiff,        )      Case No.:
                              )
    vs.                  )
                              )      Jury Demand
LISA M. MADIGAN (personally and in her )
Official capacity as Illinois Attorney    )
General); MARK ROSS (personally and in )
his capacity as an Illinois State Police   )
Officer); JOSEPH PONSETTO (personally )
and in his capacity as an Assistant    )
Illinois Attorney General) ; EDWARD C. )
CARTER, III (personally and in his    )
Capacity as an Assistant Illinois      )
Attorney General); JORGE L. MONTES )
(personally and in his capacity as a    )
Member of the Illinois Prisoner Review  )
Board); NORMAN M. SULA (personally  )
and in his capacity as a Member of the   )
Illinois Prisoner Review Board);       )
KENNETH D. TUPY (personally and in his )
Capacity as an employee of the Illinois  )
Prisoner Review Board); ILLINOIS    )
DEPARTMENT OF CORRECTIONS,   )
SERGIO MOLINA (personally and in his )
Official  Capacity as Chief of Media    )
Relations of the Illinois            )
Department Of Corrections); DONALD  )
SNYDER (personally and in his Official  )
Capacity as Director of Illinois       )
Department of Corrections); ROGER    )
E. WALKER (personally and in his Official )
Capacity as Director Of Illinois Department )
Of Corrections); and Unnamed and/or  )
Unknown Officers, Officials and      )
Employees of State of Illinois,       )
                              )
        Defendants.     )

## COMPLAINT AT LAW

NOW COMES Plaintiff RONALD MATRISCIANO, by and through his attorneys, CHADWICK & LAKERDAS, and for his Complaint against Defendants the Defendants LISA M. MADIGAN (personally and in her Official capacity as Illinois Attorney General); MARK ROSS (personally and in his capacity as an Illinois State Police Officer); JOSEPH PONSETTO (personally and in his capacity as an Assistant Illinois Attorney General) ; EDWARD C. CARTER, III (personally and in his Capacity as an Assistant Illinois Attorney General); JORGE L. MONTES (personally and in his capacity as a Member of the Illinois Prisoner Review Board); NORMAN M. SULA (personally and in his capacity as a Member of the Illinois Prisoner Review Board); KENNETH D. TUPY (personally and in his Capacity as an employee of the Illinois Prisoner Review Board); ILLINOIS DEPARTMENT OF CORRECTIONS, SERGIO MOLINA (personally and in his Official  Capacity as Chief of Media Relations of the Illinois Department Of Corrections); DONALD SNYDER (personally and in his Official Capacity as Director of Illinois Department of Corrections); ROGER E. WALKER (personally and in his Official Capacity as Director Of Illinois Department Of Corrections); and Unnamed and/or  Unknown Officers, Officials and Employees of State of Illinois, states as follows:

### I.    INTRODUCTION

1.    This is a civil action seeking money damages against Defendants for committing acts, under color of law, which deprived Plaintiff of rights secured under the Constitutions and laws of the United States and t h e S t a t e of Illinois; for conspiring f o r the purpose of impeding and hindering the due course of justice, with the intent to deny Plaintiff equal protection of the laws; and for refusing or neglecting to prevent such deprivations and denials to Plaintiff pursuant to 42 U . S . C . , Sections 1983 and 1988.

### II.    PARTIES

2.    Plaintiff is and was, at all times material herein, a citizen of the United States.

3.    Plaintiff was, at all times material herein, a citizen and resident of the States of Illinois.

4.    Defendant LISA M. MADIGAN is and was, at all times material herein, a citizen of the United States, a resident of the State of Illinois, and the duly elected Attorney General of the State of Illinois.

5.    Defendant MARK ROSS is an Illinois State Police Officer and was, at all times material herein, a citizen of the United States and duly appointed and/or acting official, officer and/or employee of t h e S t a t e of Illinois.

6.    Defendants JOSEPH PONSETTO and EDWARD C. CARTER, III are Assistant Illinois Attorneys General and were, at all times material herein, citizens of t h e United States and duly appointed and/or acting officials, officers and/or employees o f t h e State of Illinois.

7.    Defendants JORGE L. MONTES and NORMAN M. SULA are Members of the Illinois Prisoner Review Board and were, at all times material herein, citizens of t h e United States and duly appointed and/or acting officials, officers and/or employees o f t h e S t a t e of Illinois.

8.    Defendant KENNETH D. TUPY is Legal Counsel to the Illinois Prisoner Review Board and was, at all times material herein, a citizen of the United States and duly appointed and/or acting official, officer and/or employee of the S t a t e of Illinois.

9.    Defendant SERGIO MOLINA was, at all times relevant herein, Chief of Media Relations of the Illinois Department Of Corrections and a citizen of the United States and duly appointed and/or acting official, officer and/or employee of the State of Illinois.

10.   Defendant DONALD SNYDER was, at all times relevant herein, Director of Illinois Department of Corrections and a citizen of the United States and duly appointed and/or acting official, officer and/or employee of the State of Illinois.

11.   ROGER E. WALKER was, at all times relevant herein, Director of Illinois Department of Corrections and a citizen of the United States and duly appointed and/or acting official, officer and/or employee of the State of Illinois.

12.   Other Defendants, presently UNNAMED and UNKNOWN, are and were, at all times material herein, citizens of the United States, and duly appointed and/or acting officials, officers and/or employees of the State of Illinois.

13.   Defendants LISA M. MADIGAN, MARK ROSS, JOSEPH PONSETTO, EDWARD C. CARTER, III, JORGE L. MONTES, NORMAN M. SULA, KENNETH D. TUPY, SERGIO MOLINA, DONALD SNYDER, ROGER E. WALKER and others presently UNNAMED and UNKNOWN were, at all times material herein, acting under color of law, to wit: under the color of the statutes, regulations, policies, rules, customs and usages of t h e State *of* Illinois.

### III.    FACTS

14.   On and before December 17, 2002, Plaintiff was Assistant Deputy Directory of the Illinois Department Of Corrections

15.   On December 17, 2002, Plaintiff testified at the parole board hearing regarding Harry Aleman.

16. On or after December 17, 2002, at least on but not all of, the Defendants initiated a criminal investigation against Plaintiff.

17. On or a f t e r December 1 7 , 2002, at least one but not all of t h e Defendants gave and/or provided and/or used false and/or misleading information during the criminal investigation of Plaintiff which played a significant role in t h e indictment, arrest and continued prosecution of Plaintiff.

18. On or after December 1 7 , 2002, at least one b u t not all of the Defendants gave and/or provided and/or used false and/or misleading information during the Grand Jury proceedings concerning Plaintiff which played a significant role in the indictment, arrest and continued prosecution of Plaintiff.

19. On May 30, 2003 Plaintiff was laid off from his employment.

20. On or about March 2, 2004, Plaintiff was suspended with pay from his employment.

21. On or about January 18, 2006, and as a direct result of at l e a s t one but not all of the Defendants' actions, Plaintiff was indicted by Grand J u r y and charged with 5 counts of official misconduct, perjury, and wire fraud.

22. On January 18, 2006, and as a direct result of at l e a s t one but not all of the Defendants' actions, Plaintiff was suspended without pay from his employment.

23. Plaintiff remained suspended without pay from January 18, 2006 through April 19, 2007.

24. On or about  January 18, 2006, and as a direct result of at least one but not all of t h e Defendants' actions, Plaintiff was arrested and deprived of his freedom and liberty, and arraigned on the 5 counts of official misconduct, perjury, and wire fraud.

25. On and between January 18, 2006 and March 19, 2007, and as a direct result of, at least one but not all of the Defendants' actions, Plaintiff was deprived of his freedoms and liberty, and prosecuted on the offenses of official misconduct, perjury, and wire fraud.

26. 21. On or about March 19, 2007, Plaintiff was acquitted, found not guilty of t h e offenses of official misconduct, perjury, and wire fraud.

27. Plaintiff's acquittal on or about March 19, 2007 of the offenses of official misconduct, perjury, and wire fraud following a bench trial , was a final determination of the criminal case as to Plaintiff.

28. As a direct and/or proximate result of Plaintiff being accused, investigated, indicted, arrested, confined and prosecuted by Defendants, Plaintiff suffered divers physical and emotional harms and injuries , to wit: nervousness, mental and physical anxiety, mental and physical distress, and mental and physical aches, hurts and pains.

29. As a result of their concerted unlawful and malicious physical and mental abuse of Plaintiff, Defendants intentionally, or with deliberate indifference and callous disregard of Plaintiff's sights, deprived Plaintiff of his right to equal protection of the laws and impeded the due course of justice, in violation of the Constitution of the United S t a t e s , and Title 42, U . S . C . , Section 1 9 8 3

30. As a result of their concerted unlawful and malicious physical and mental abuse of Plaintiff, Defendants intentionally, or with deliberate indifference and callous disregard of Plaintiff's rights, and totally without probable cause therefore, contrary t o United States Law, Illinois law and Plaintiff's will, and intending thereby t o cause Plaintiff t o be imprisoned and deprived of liberty, wrongfully and unlawfully caused Plaintiff t o be charged, arrested, imprisoned, arraigned and prosecuted.

31. As a result of their concerted unlawful and malicious physical and mental abuse of Plaintiff, Defendants intentionally, or with deliberate indifference and callous disregard of Plaintiff's rights, did a t said times and places willfully and wantonly and falsely accuse Plaintiff of violating Illinois law and then and there, in a willful and wanton manner, falsely charge, arrest, detain and prosecute Plaintiff, all against his will.

32. As a direct and proximate result of Defendants' said accusations, investigation, arrest, detention, imprisonment and prosecution of Plaintiff, Plaintiff was exposed to public disgrace and humiliation, caused to suffer g r e a t pains and anguish of body and spirit thereby, and further caused Plaintiff, in and about defending said charges and establishing Plaintiff's innocence thereof, expended or lost large sums of money in counsel and attorneys' fees and costs of litigation, and from necessary diversions of Plaintiff's time and attention from Plaintiff's ordinary and usual affairs of life, business and occupation.

33. As a direct and proximate result *of* the allegations contained in Paragraphs 1-32 above, Plaintiff has been, and will continue to be, caused to suffer great and.substantial losses in income, incur or be obligated to incur large sums in attorneys fees and other costs of litigation.

WHEREFORE,  Plaintiff RONALD MATRISCIANO, requests
judgment against Defendants, jointly and severally, and in favor of
Plaintiff for sums in excess of FIFTY THOUSAND DOLLARS ($50,000) for
compensatory damages; punitive damages and for any other remedy this Court finds is
fair just and equitable, plus Plaintiff's attorney's fees

and all other costs of litigation.

Respectfully submitted by,

One of Plaintiff's Attorneys

CHADWICK & LAKERDAS
Attorneys for Plaintiff
5300 South Shore Drive
Suite 100
Chicago, Illinois 60615
(773) 955-1088

## **Affidavit Pursuant To Illinois Supreme Court Rule 222(b)**

Pursuant to the Illinois Code of Civil Procedure Section 1-109, the undersigned certifies that to the best of his knowledge the damages sought in this matter do exceed Fifty Thousand Dollars ($50, 000.00).

Michael G. Kelly

# DEFENDANTS' SUMMONS

# EXHIBIT #2

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS          CCG N001-10M-1-07-05 (                    ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, __LAW__ _____ DIVISION

(Name all parties)

RONALD MATRISCIANO

v.                                        No. _____

LISA M. MADIGAN ET AL.

2008L003110
CALENDAR/ROOM F
TIME 00:00
Tort - Intentional

## SUMMONS

To each Defendant: _See attached service list_

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑  Richard J. Daley Center, 50 W. Washington, Room __801_____, Chicago, Illinois 60602

| ☐ District 2 - Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ☐ District 5 - Bridgeview | ☐ District 6 - Markham | ☐ Child Support |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: __55633_____

Name: Chadwick & Lakerdas

Atty. for: Plaintiff

Address: 5300 South Shore Dr. #100

City/State/Zip: Chicago, IL 60615

Telephone: (773) 955-1088

WITNESS, _____

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT

MAR 19 2008

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____

(Area Code)   (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## **SERVICE LIST**

Lisa Madigan,
Joseph Ponsetto, and
Edward C. Carter, III

at

100 W. Randolph ST.
12th Floor
Chicago, IL 60601

Mark Ross at
Illinois State Police Department
125 E. Monroe St.
Ste. 103
Springfield, IL 62794-9461

Jorge L. Montes, Norman M. Sula, and Kenneth D. Tupy at

Prisoner Review Board
319 E. Madison St.
Ste. A
Springfield, IL 62701


Illinois Department of Corrections, Roger E. Walker, and Donald Snyder at

Illinois Department of Corrections
1301 Concordia Ct.
Springfield, IL 62794-9277

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 (          ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, __LAW_____ DIVISION

(Name all parties)

RONALD MATRISCIANO

}

2008L003110
CALENDAR/ROOM F
TIME 00:00
Tort - Intentional

v.                                              No. _____

LISA M. MADIGAN ET AL.

## SUMMONS

To each Defendant: *See attached service list*

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑  Richard J. Daley Center, 50 W. Washington, Room __801_____, Chicago, Illinois 60602

☐  **District 2 - Skokie**
    5600 Old Orchard Rd.
    Skokie, IL  60077

☐  **District 3 - Rolling Meadows**
    2121 Euclid
    Rolling Meadows, IL  60008

☐  **District 4 - Maywood**
    1500 Maybrook Ave.
    Maywood, IL  60153

☐  **District 5 - Bridgeview**
    10220 S. 76th Ave.
    Bridgeview, IL  60455

☐  **District 6 - Markham**
    16501 S. Kedzie Pkwy.
    Markham, IL  60426

☐  **Child Support**
    28 North Clark St., Room 200
    Chicago, Illinois  60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: __55633__

Name: Chadwick & Lakerdas

Atty. for: Plaintiff

Address: 5300 South Shore Dr. #100

City/State/Zip: Chicago, IL 60615

Telephone: (773) 955-1088

WITNESS, __MAR 1 0 2008_____, _____

SEAL

_____
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant
or other person)

Service by Facsimile Transmission will be accepted at: _____
                                                        (Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## **SERVICE LIST**

Lisa Madigan,
Joseph Ponsetto, and
Edward C. Carter, III

at

100 W. Randolph ST.
12th Floor
Chicago, IL 60601

Mark Ross at
Illinois State Police Department
125 E. Monroe St.
Ste. 103
Springfield, IL 62794-9461

Jorge L. Montes, Norman M. Sula, and Kenneth D. Tupy at

Prisoner Review Board
319 E. Madison St.
Ste. A
Springfield, IL 62701


Illinois Department of Corrections, Roger E. Walker, and Donald Snyder at

Illinois Department of Corrections
1301 Concordia Ct.
Springfield, IL 62794-9277

| | |
|---|---|
| 2.... - Served | 2121 - Served |
| 2.20 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS    CCG N001-10M-1-07-05 (          ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _LAW_ _____ DIVISION

(Name all parties)

RONALD MATRISCIANO

v.

LISA M. MADIGAN ET AL.

}

2008L003110
CALENDAR/ROOM F
TIME 00:00
Tort - Intentional

No. _____

## SUMMONS

**To each Defendant:** *See attached service list*

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _801_____, Chicago, Illinois 60602

❑ **District 2 - Skokie**
5600 Old Orchard Rd.
Skokie, IL 60077

❑ **District 3 - Rolling Meadows**
2121 Euclid
Rolling Meadows, IL 60008

❑ **District 4 - Maywood**
1500 Maybrook Ave.
Maywood, IL 60153

❑ **District 5 - Bridgeview**
10220 S. 76th Ave.
Bridgeview, IL 60455

❑ **District 6 - Markham**
16501 S. Kedzie Pkwy.
Markham, IL 60426

❑ **Child Support**
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 55633 _____

Name: Chadwick & Lakerdas _____

Atty. for: Plaintiff _____

Address: 5300 South Shore Dr. #100 _____

City/State/Zip: Chicago, IL 60615 _____

Telephone: (773) 955-1088 _____

WITNESS, _____ **MAR 1 9 2008**

(SEAL)

_____
**Clerk of Court**

Date of service: _____, ____,
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____

(Area Code)    (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## SERVICE LIST

Lisa Madigan,
Joseph Ponsetto, and
Edward C. Carter, III

at

100 W. Randolph ST.
12th Floor
Chicago, IL 60601

Mark Ross at
Illinois State Police Department
125 E. Monroe St.
Ste. 103
Springfield, IL 62794-9461

Jorge L. Montes, Norman M. Sula, and Kenneth D. Tupy at

Prisoner Review Board
319 E. Madison St.
Ste. A
Springfield, IL 62701


Illinois Department of Corrections, Roger E. Walker, and Donald Snyder at

Illinois Department of Corrections
1301 Concordia Ct.
Springfield, IL 62794-9277

2120 - Served                     2121 - Served
2220 - Not Served                 2221 - Not Served
2320 - Served By Mail             2321 - Served By Mail
2420 - Served By Publication      2421 - Served By Publication
SUMMONS                           ALIAS - SUMMONS        CCG N001-10M-1-07-05 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW _____ DIVISION

(Name all parties)

RONALD MATRISCIANO

v.                                  } No. 2008L003110
                                         CALENDAR ROOM F
LISA M. MADIGAN ET AL.                   TIME 00:00
                                         Tort - Intentional

### SUMMONS

To each Defendant: *See attached service list*

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑  Richard J. Daley Center, 50 W. Washington, Room 801 _____, Chicago, Illinois 60602

❑  District 2 - Skokie          ❑  District 3 - Rolling Meadows     ❑  District 4 - Maywood
   5600 Old Orchard Rd.            2121 Euclid                         1500 Maybrook Ave.
   Skokie, IL  60077               Rolling Meadows, IL  60008          Maywood, IL  60153

❑  District 5 - Bridgeview      ❑  District 6 - Markham            ❑  Child Support
   10220 S. 76th Ave.              16501 S. Kedzie Pkwy.              28 North Clark St., Room 200
   Bridgeview, IL  60455           Markham, IL  60426                 Chicago, Illinois  60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 55633                            WITNESS, MAR 1 9 2008 _____, _____
Name: Chadwick & Lakerdas
Atty. for: Plaintiff                         _____
Address: 5300 South Shore Dr. #100                      Clerk of Court
City/State/Zip: Chicago, IL 60615            Date of service: _____, _____
Telephone: (773) 955-1088                       (To be inserted by officer on copy left with defendant
                                                             or other person)
Service by Facsimile Transmission will be accepted at: _____
                                                         (Area Code)   (Facsimile Telephone Number)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## SERVICE LIST

Lisa Madigan,
Joseph Ponsetto, and
Edward C. Carter, III

at

100 W. Randolph ST.
12th Floor
Chicago, IL 60601

Mark Ross at
Illinois State Police Department
125 E. Monroe St.
Ste. 103
Springfield, IL 62794-9461

Jorge L. Montes, Norman M. Sula, and Kenneth D. Tupy at

Prisoner Review Board
319 E. Madison St.
Ste. A
Springfield, IL 62701


Illinois Department of Corrections, Roger E. Walker, and Donald Snyder at

Illinois Department of Corrections
1301 Concordia Ct.
Springfield, IL 62794-9277

| | | | |
|---|---|---|---|
| 2120 - | Served | 2121 - Served | |
| 2220 - | Not Served | 2221 - Not Served | |
| 2320 - | Served By Mail | 2321 - Served By Mail | |
| 2420 - | Served By Publication | 2421 - Served By Publication | |

SUMMONS                    ALIAS - SUMMONS        CCG N001-10M-1-07-05 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, <u>LAW</u> DIVISION

(Name all parties)

RONALD MATRISCIANO

v.

LISA M. MADIGAN ET AL.

No. _____ 2008L003110
CALENDAR/ROOM F
TIME 00:00
Tort - Intentional

### SUMMONS

To each Defendant: *See attached service list*

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑  Richard J. Daley Center, 50 W. Washington, Room <u>801</u>, Chicago, Illinois 60602

❑  District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

❑  District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

❑  District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

❑  District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

❑  District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

❑  Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date. BROWN

MAR 19 2008

SEAL

Atty. No.: 55633

WITNESS, _____, _____

Name: Chadwick & Lakerdas

Clerk of Court

Atty. for: Plaintiff

Address: 5300 South Shore Dr. #100

Date of service: _____, _____

City/State/Zip: Chicago, IL 60615

(To be inserted by officer on copy left with defendant or other person)

Telephone: (773) 955-1088

Service by Facsimile Transmission will be accepted at: _____

(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## SERVICE LIST

Lisa Madigan,
Joseph Ponsetto, and
Edward C. Carter, III

at

100 W. Randolph ST.
12th Floor
Chicago, IL 60601

Mark Ross at
Illinois State Police Department
125 E. Monroe St.
Ste. 103
Springfield, IL 62794-9461

Jorge L. Montes, Norman M. Sula, and Kenneth D. Tupy at

Prisoner Review Board
319 E. Madison St.
Ste. A
Springfield, IL 62701


Illinois Department of Corrections, Roger E. Walker, and Donald Snyder at

Illinois Department of Corrections
1301 Concordia Ct.
Springfield, IL 62794-9277

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS    CCG N001-10M-1-07-05 (          ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, <u>LAW</u> DIVISION

(Name all parties)

RONALD MATRISCIANO

v.

LISA M. MADIGAN ET AL.

}

2008L003110
CALENDAR/ROOM F
TIME 00:00
Tort - Intentional

No. _____

## SUMMONS

To each Defendant: *See attached service list*

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑  Richard J. Daley Center, 50 W. Washington, Room <u>801</u> , Chicago, Illinois 60602

| | | |
|---|---|---|
| ☐ District 2 - Skokie<br>5600 Old Orchard Rd.<br>Skokie, IL 60077 | ☐ District 3 - Rolling Meadows<br>2121 Euclid<br>Rolling Meadows, IL 60008 | ☐ District 4 - Maywood<br>1500 Maybrook Ave.<br>Maywood, IL 60153 |
| ☐ District 5 - Bridgeview<br>10220 S. 76th Ave.<br>Bridgeview, IL 60455 | ☐ District 6 - Markham<br>16501 S. Kedzie Pkwy.<br>Markham, IL 60426 | ☐ Child Support<br>28 North Clark St., Room 200<br>Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, MAR 19 2008 , _____

Clerk of Court

Atty. No.: <u>55633</u>
Name: <u>Chadwick & Lakerdas</u>
Atty. for: <u>Plaintiff</u>
Address: <u>5300 South Shore Dr. #100</u>
City/State/Zip: <u>Chicago, IL 60615</u>
Telephone: <u>(773) 955-1088</u>

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## **SERVICE LIST**

Lisa Madigan,
Joseph Ponsetto, and
Edward C. Carter, III

at

100 W. Randolph ST.
12th Floor
Chicago, IL 60601

Mark Ross at
Illinois State Police Department
125 E. Monroe St.
Ste. 103
Springfield, IL 62794-9461

Jorge L. Montes, Norman M. Sula, and Kenneth D. Tupy at

Prisoner Review Board
319 E. Madison St.
Ste. A
Springfield, IL 62701


Illinois Department of Corrections, Roger E. Walker, and Donald Snyder at

Illinois Department of Corrections
1301 Concordia Ct.
Springfield, IL 62794-9277

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-10M-1-07-05 ( )

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT,** LAW **DIVISION**

(Name all parties)

RONALD MATRISCIANO

v.

LISA M. MADIGAN ET AL.

2008L003110
CALENDAR/ROOM F
TIME 00:00
Tort - Intentional

No. ______

## SUMMONS

**To each Defendant:** See attached service list

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie, 5600 Old Orchard Rd., Skokie, IL 60077
☐ District 3 - Rolling Meadows, 2121 Euclid, Rolling Meadows, IL 60008
☐ District 4 - Maywood, 1500 Maybrook Ave., Maywood, IL 60153
☐ District 5 - Bridgeview, 10220 S. 76th Ave., Bridgeview, IL 60455
☐ District 6 - Markham, 16501 S. Kedzie Pkwy., Markham, IL 60426
☐ Child Support, 28 North Clark St., Room 200, Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

DOROTHY BROWN
CLERK OF COURT
MAR 19 2008

WITNESS, ______, ______

SEAL

Clerk of Court

Date of service: ______, ______
(To be inserted by officer on copy left with defendant or other person)

Atty. No.: 55633
Name: Chadwick & Lakerdas
Atty. for: Plaintiff
Address: 5300 South Shore Dr. #100
City/State/Zip: Chicago, IL 60615
Telephone: (773) 955-1088

Service by Facsimile Transmission will be accepted at: ______
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## SERVICE LIST

Lisa Madigan,
Joseph Ponsetto, and
Edward C. Carter, III

at

100 W. Randolph ST.
12th Floor
Chicago, IL 60601

Mark Ross at
Illinois State Police Department
125 E. Monroe St.
Ste. 103
Springfield, IL 62794-9461

Jorge L. Montes, Norman M. Sula, and Kenneth D. Tupy at

Prisoner Review Board
319 E. Madison St.
Ste. A
Springfield, IL 62701


Illinois Department of Corrections, Roger E. Walker, and Donald Snyder at

Illinois Department of Corrections
1301 Concordia Ct.
Springfield, IL 62794-9277