# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Ronald Matrisciano

**DEFENDANTS**
Lisa Madigan, Illinois Attorney General; Joseph Ponsetto, Edward C. Carter, III, Mark Ross, Jorge L. Montes, Norman M. Sula, Kenneth D. Tupy Roger E. Walker and Donald Snyder and any other Defendants

**(b)** County of Residence of First Listed Plaintiff: Cook County, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook County, Illinois
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Chadwick & Lakerdas
5300 S. Shore Dr., #100
Chicago, IL 60615

Attorneys (If Known)
Ronald A. Rascia, Kathleen L. Ford, Mark Bina and Allan Abinoja
Assistant Attorneys General, Office of the Attorney General
100 W. Randolph St., 13th Flr., Chicago, Illinois 60601

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[■] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of This State: PTF [■]1  DEF [■]1
Incorporated or Principal Place of Business In This State: PTF [ ]4 DEF [ ]4
Citizen of Another State: PTF [ ]2 DEF [ ]2
Incorporated and Principal Place of Business In Another State: PTF [ ]5 DEF [ ]5
Citizen or Subject of a Foreign Country: PTF [ ]3 DEF [ ]3
Foreign Nation: PTF [ ]6 DEF [ ]6

## IV. NATURE OF SUIT

**CONTRACT:** 110 Insurance, 120 Marine, 130 Miller Act, 140 Negotiable Instrument, 150 Recovery of Overpayment & Enforcement of Judgment, 151 Medicare Act, 152 Recovery of Defaulted Student Loans (excl. vet.), 153 Recovery of Overpayment of Veteran's Benefits, 160 Stockholders' Suits, 190 Other Contract, 195 Contract Product Liability, 196 Franchise

**TORTS — PERSONAL INJURY:** 310 Airplane, 315 Airplane Product Liability, 320 Assault, Libel & Slander, 330 Federal Employers' Liability, 340 Marine, 345 Marine Product Liability, 350 Motor Vehicle, 355 Motor Vehicle Product Liability, 360 Other Personal Inj.

**TORTS — PERSONAL INJURY:** 362 Personal Injury—Med. Malpractice, 365 Personal Injury—Product Liability, 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY:** 370 Other Fraud, 371 Truth in Lending, 380 Other Personal Property Damage, 385 Property Damage Product Liability

**FORFEITURE/PENALTY:** 610 Agriculture, 620 Other Food & Drug, 625 Drug Related Seizure of Property 21 USC 881, 630 Liquor Laws, 640 R.R. & Truck, 650 Airline Regs., 660 Occupational Safety/Health, 690 Other

**LABOR:** 710 Fair Labor Standards Act, 720 Labor/Mgmt. Relations, 730 Labor/Mgmt.Reporting & Disclosure Act, 740 Railway Labor Act, 790 Other Labor Litigation, 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY:** [■]422 Appeal 28 USC 158, 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS:** 820 Copyrights, 830 Patent, 840 Trademark

**SOCIAL SECURITY:** 861 HIA (1395ff), 862 Black Lung (923), 863 DIWC/DIWW (405(g)), 864 SSID Title XVI, 865 RSI (405(g))

**FEDERAL TAX SUITS:** 870 Taxes (U.S. Plaintiff or Defendant), 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES:** 400 State Reapportionment, 410 Antitrust, 430 Banks and Banking, 450 Commerce/ICC Rates/etc., 460 Deportation, 470 Racketeer Influenced and Corrupt Organizations, 480 Consumer Credit, 490 Cable/Satellite TV, 810 Selective Service, 850 Security/Commodity/Exch., 875 Customer Challenge 12 USC 3410, 891 Agricultural Acts, 892 Economic Stabilization Act, 893 Environmental Matters, 894 Energy Allocation Act, 895 Freedom of Information Act, 900 Appeal of Fee Determination Under Equal Access to Justice, 950 Constitutionality of State Statutes, 890 Other Statutory Actions

**REAL PROPERTY:** 210 Land Condemnation, 220 Foreclosure, 230 Rent Lease & Ejectment, 240 Torts to Land, 245 Tort Product Liability, 290 All Other Real Property

**CIVIL RIGHTS:** 441 Voting, 442 Employment, 443 Housing/Accommodations, 444 Welfare, 445 ADA—Employment, 446 ADA — Other, [■]440 Other Civil Rights

**PRISONER PETITIONS:** 510 Motions to Vacate Sentence Habeas Corpus: 530 General, 535 Death Penalty, 540 Mandamus & Other, 550 Civil Rights, 555 Prison Condition

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
[ ]1 Original Proceeding
[■]2 Removed from State Court
[ ]3 Remanded from Appellate Court
[ ]4 Reinstated or Reopened
[ ]5 Transferred from another district (specify)
[ ]6 Multidistrict Litigation
[ ]7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
Removal pursuant to 28 U.S.C. 1443 of a State filed action alleging violation of 42 U.S.C. Section 1983

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ]Yes [ ]No

**IX. This case** [■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: April 28, 2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Ronald A. Rascia