# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2419 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Ronald Matrisciano vs. Lisa Madigan, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 5/7/2008 at 9:20a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|