# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Ronald Matrisciano

                Plaintiff,

v.

Lisa Madigan, et al.

                Defendant.

Case No.: 1:08–cv–02419
Honorable George W. Lindberg

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: The status hearing scheduled for 5/7/2008 is stricken. Status hearing reset to 5/21/2008 at 9:30a.m. In the event that a stipulation to dismissed is filed prior to 5/21/2008, the status hearing date scheduled for 5/21/2008 will be stricken. No court appearance required on 5/7/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.